FILED

10/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0415

_____

IN THE MATTER OF:

P.P.,                                                    O R D E R

        A Youth in Need of Care.


_____


Upon Consideration of Appellant Father's Motion for extension of time to file the opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant Father is granted an extension of time to and including December 1, 2023, within which to prepare, file, and serve his opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 26 2023